# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Addison Ice, LLC, an Illinois Limited Liability Company, ) ) ) Plaintiff, ) ) -v- ) ) Indian Harbor Insurance Company, ) a Delaware Company, ) ) Defendant. ) | Case No.: 1:18-cv-07007<br><br>Honorable Gary Feinerman |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

**COMES NOW** Plaintiff, Addison Ice, LLC, and Defendant, Indian Harbor Insurance Company, the parties to this lawsuit acting by and through counsel and, pursuant to Federal Rule of Civil Procedure 41(a)(1(A)(ii), hereby stipulate and agree to the dismissal of the above-captioned action, with prejudice, costs paid, and with each party bearing its own attorney fees, costs and/or other expenses.

Dated: June 11, 2019            Respectfully submitted,

**PLAINTIFF, ADDISON ICE, LLC**            **DEFENDANT, INDIAN HARBOR INS. CO.**

By: ___/s/ Amiel J. Rossabi_____            By: ___/s/ Edward W. Gleason_____

Amiel J. Rossabi            Edward W. Gleason
**Rossabi Reardon Klein Spivey, PLLC**            **Senak Keegan Gleason & Smith, Ltd.**
706 Green Valley Road, Suite 410            566 West Adams Street, Suite 750
Greensboro, North Carolina 27408            Chicago, Illinois 60601
(336) 895-418            (312) 214-1400
arossabi@r2kslaw.com            egleason@skgsmlaw.com

## **CERTIFICATE OF FILING AND SERVICE**

    I, Susan E. Estelle, hereby certify that on this 11th day of June, 2019, I electronically filed the foregoing, **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE,** with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, using the Court's ECF filing system, notice of which will also be sent to all counsel of record in this matter by operation of the Court's ECF filing system.

                                                */s/ Susan E. Estelle*
                                                  Susan E. Estelle